```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
```
**LEVIN SIMES KAISER & GORNICK LLP**
```
One Bush Street, 14th Floor
San Francisco, CA  94104
Telephone:  415-646-7160
Facsimile:  415-981-1270
```

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELSIE ROSALES,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>Defendants. | CASE NO.  C 06 0567 EDL<br><br>Before the Honorable Elizabeth D. Laporte<br><br>[~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE<br><br>Conference Date:    May 2, 2006<br>Conference Time:    3:00 p.m.<br>Location:    Courtroom E, 15th Floor<br>    San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the May 2, 2006 Case Management Conference ("CMC") to __September 5, 2006__, at __10:00 a.m.__. In the event the case is not transferred as part of the MDL No. 1769 – *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far enough in advance of the new CMC date, the parties shall file a Joint CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.

**IT IS SO ORDERED.**

DATED: May 1, 2006

_____
Hon. ~~Elijah D. Henderson~~ Elizabeth D. Laporte
United States ~~District Court~~ Judge
Magistrate

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Elizabeth D. Laporte]*

- 3 -    [PROPOSED]  ORDER