IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE V. ROSALES,<br><br>    Plaintiff,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., et al.<br><br>    Defendants. | No. C 06-0567 JSW<br><br>**ORDER ON PLAINTIFFS' OMNIBUS MOTION FOR ADMINISTRATIVE RELIEF REQUESTING ORDERS APPROVING DISMISSALS WITHOUT PREJUDICE** |

On July 21, 2006, this matter was transferred to this Court. On July 12, 2006, Plaintiff filed an omnibus motion for administrative relief requesting dismissals without prejudice of certain actions. The majority of the cases covered by that motion have now been transferred. Accordingly, the motion is DENIED AS MOOT as to any matter subject to the transfer order.

As to case 06-1290, that request is DENIED WITHOUT PREJUDICE to renewing it by a properly filed motion in that case.

**IT IS SO ORDERED.**

Dated: July 25, 2006

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE