1  LAWRENCE J. GORNICK (SBN 136290)
   EMILY M. CHARLEY (SBN 238542)
2  **LEVIN SIMES KAISER & GORNICK LLP**
   One Bush Street, 14th Floor
3  San Francisco, CA 94104
   Telephone: 415-646-7160
4  Facsimile: 415-981-1270
5
6  Attorneys for Plaintiff
7
8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10
11  ELSIE ROSALES,                    No. C 06 0567 JSW
              Plaintiff,              Before the Honorable Jeffrey S. White
12
        vs.                           [PROPOSED] ORDER VACATING
13                                    AND/OR CONTINUING CASE
    ELI LILLY AND COMPANY,            MANAGEMENT CONFERENCE
14
              Defendant.              Conference Date:  September 22, 2006
15                                    Conference Time:  1:30 pm
                                      Location:         Courtroom 2, 17th Floor
16
17      For the reasons set forth in Plaintiff and Defendant's Joint Case Management Conference
                                      VACATES
18  Statement, the Court hereby ~~continues~~ the September 22, 2006 Case Management Conference

19  ("CMC") to _____, at _____. In the event the case is not transferred to the

20  Honorable Claudia Wilken and/or as part of MDL No. 1596 – *In re Zyprexa Liability Litigation*, far

21  enough in advance of the new CMC date, the parties shall file a Joint ~~CMC Statement at least 5~~

22  ~~calendar days before the CMC, pursuant to this Court's Standing Order.~~ request to put the matter
                                                                              back on this Court's
23                                                                            calendar.
        **IT IS SO ORDERED.**
24
    DATED: September 11, 2006         _____
25                                    Honorable Jeffrey S. White
                                      United States District Court Judge
26
27
28

— 3 —
~~[Proposed]~~ Order